IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: Tyler August Hadl and
      Nadia Angelica Maria Sabalu-Hadl,

      Debtors.

Case No. 22-20719-7

_____

**United States Trustee's Motion to Compel**
_____

Under Fed. R. Bankr. P. 4002 and D. Kan. LBR 4002.2, the United States Trustee moves the Court for an order compelling the debtors to comply with the United States Trustee's request for information.

Bankruptcy Rule 4002 broadly requires debtors to cooperate with a trustee and the court.[1] More discretely, it obligates a debtor to make specific financial information available to a trustee, including evidence of current income and bank statements.[2] The local rules of this Court buttress these duties by instructing a debtor to comply with any written request for information made by a trustee or the United States Trustee within 14 days.[3]

---

[1] Fed. R. Bankr. P. 4002(a).

[2] *Id.* at (b)(2).

[3] D. Kan. LBR 4002.2(a).

The debtors here have run afoul of these rules. On April 17, the United States Trustee's office e-mailed the debtors' counsel a specific request for documents and information related to the debtors' new schedules I & J. The debtors did not respond to any of the inquiries or provide any documents within 14 days. Counsel for the United States Trustee followed up by e-mail on May 2 and May 8. As of the date of filing this motion, debtors' counsel has not responded or provided any information or documents. Nor has there been an indication when there would be production of the documents and responses.

The requests for information are now more than two weeks overdue. The United States Trustee needs the responses and documents to determine if there are issues in this case, if Rule 2004 examinations are needed—and prepare for them if so—and otherwise evaluate the revised schedules the debtors filed in response to the United States Trustee's pending motion to dismiss or convert. The debtors' refusal to comply with the Bankruptcy Rules is unfairly impacting the United States Trustee's ability to investigate this matter.

The specific requests overdue are:

1. Statements or records for any dependent care account.

2. All bank or financial statements for February, March and (later when available) April, including online-only accounts such as Venmo.
3. Employment contract(s) for all of Tyler's positions.
4. Letter of resignation, proof of separation for Nadia.
5. Itemization and documentation of all reimbursed expenses, including but not limited to child care, health care, and cell phone.
6. Life insurance documentation.
7. How was transportation expense calculated? Please provide any documentation you used.
8. How was tax on 1099 income calculated? Please provide any documentation you used.
9. How was childcare and children's education costs calculated? Please provide any documentation you used.
10. Federal and state 2022 tax returns.
11. Who is autism therapy provider? When start seeing that provider and how often?
12. Who is couples therapy provider? When start seeing that provider and how often?
13. What is Bloom Pediatrics expense for? When start seeing that provider and how often?
14. Who is Wife's Mental Therapy provider? When start seeing that provider and how often?
15. What is Wife's Cottonwood Therapy for? When start seeing that provider and how often?
16. What does Ascentist Plan cover? When start seeing that provider and how often?
17. Who is Husband's Therapy provider? When start seeing that provider and how often?
18. Documentation of any insurance determination of reimbursement for 11-17.
19. Any reimbursements received from any source on 11-17? If so, documentation.

Under D. Kan. LBR 4002.2, information responsive to the original

request was due to the United States Trustee on May 1. The debtors

have not responded to the requests nor produced the documents. By failing to do so, the debtors have violated both the Bankruptcy Rules as well as the local rules of this Court. Accordingly, the United States Trustee asks the Court to grant this motion, and specifically to compel the debtors to provide the responses and documents no later than seven days after entry of an order.

Respectfully submitted,

ILENE J. LASHINSKY,
UNITED STATES TRUSTEE

By: s/Richard A. Kear
Richard A. Kear, #20724
Trial Attorney
301 N. Main St., Suite 1150
Wichita, KS 67202
316-269-6213 (phone)
Richard.Kear@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on May 18, 2023, a true and correct copy of the **United States Trustee's Motion to Compel** was electronically filed with the Court using the CM/ECF system, which sends notification to all parties of interest participating in this case through the CM/ECF system.

By: s/Richard A. Kear