# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In Re: )
)
TYLER AUGUST HADL, )
NADIA ANGELICA MARIA SABALU-HADL, )
)
      Debtors. )    Case No. 22-20719-7-RDB

## NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON TRUSTEE'S MOTION FOR TURNOVER OF PROPERTY, DOCUMENTS AND RECORDS TO THE ESTATE AND REQUEST FOR TRUSTEE EXPENSES

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above motion with the Clerk of the U. S. Bankruptcy Court at Kansas City, Kansas on or before **June 15, 2023** the Court will enter an Order prepared and submitted by the Trustee within ten (10) days of the objection deadline and no hearing will be held.

If you file a timely objection, a nonevidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas, 66101 on June 29, 2023 at 10:30 a.m., or as soon thereafter as the Court's schedule permits. If you file the objection, you must appear at the hearing unless you have submitted an agreed order in advance, signed by all parties or their counsel.

*Respectfully Submitted:*

By: s/ Steven R. Rebein
Steven R. Rebein, KS #12958
Law Office of Steven R. Rebein, L.C.
8700 Monrovia, Suite 310
Lenexa, KS 66215
(913) 888-4800 - Telephone
srebein@stevenrebeinlaw.com
**CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2023, the ***Trustee's Motion for Turnover of Estate Property, Documents and Records to the Estate and Request for Trustee Expenses*** and the corresponding ***Notice of Nonevidentiary Hearing*** were electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system and was forwarded via U.S. Mail, first class, postage prepaid and properly addressed to Tyler Hadl and Nadia Sabalu-Hadl, 508 Willow Court, Lansing, KS 66043.

By: s/ Steven R. Rebein
Steven R. Rebein, KS #12958