Form clntchrg  (Revised 08/2018)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

In re:

Tyler August Hadl
508 Willow Court
Lansing, KS 66043

Case Number: 22–20719
Chapter: 7

Nadia Angelica Maria Sabalu–Hadl
fka    Nadia Angelica Maria Sabalu
508 Willow Court
Lansing, KS 66043

**NOTICE OF NONEVIDENTIARY HEARING**

| Filed and Entered By The Court |
| --- |
| 6/5/23
David D. Zimmerman
Clerk of Court
US Bankruptcy Court |

**NOTICE IS HEREBY GIVEN** that a Nonevidentiary Hearing to consider and act upon:

*36* – Motion to Compel Production of Documents and Information from Debtors Filed on behalf of U.S. Trustee U.S. Trustee, with Certificate of Service.(Kear, Richard)

will be held before the U. S. Bankruptcy Court at:

Robert J Dole US Courthouse
500 State Avenue Room 151
Kansas City  KS 66101

on:

**June 29, 2023 at 10:30 AM**

**IF PARTIES ANTICIPATE THAT THE HEARING MAY EXTEND IN EXCESS OF 15 MINUTES, OR THAT AN EVIDENTIARY HEARING MAY BE REQUIRED, COUNSEL MUST SEEK A SPECIAL SETTING DATE FROM THE CLERK. SUCH A REQUEST MUST BE MADE IN WRITING AND MUST INDICATE THE ANTICIPATED LENGTH OF TIME NEEDED FOR HEARING.**

Document 43 – 36

s/ Robert D. Berger
United States Bankruptcy Judge